03-    -25

| | |
|---|---|
| MELLON BANK, NA - H.E.A.L. LOANS<br><br>      Plaintiff,<br><br>vs.<br><br>ERNESTO BUSTILLO<br><br>      Defendant(s) | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA<br><br>GENERAL JURIS. DIVISION<br>CASE NO: 00-4187-CA-5<br><br>05-60110<br>**FINAL JUDGMENT ON THE PLEADINGS** |

/KLEIN

THIS CAUSE having come on to be heard on June 22, 2000, upon the Motion for Judgment on the Pleadings filed by Plaintiff, and the Court having heard argument of counsel, it is ORDERED AND ADJUDGED that:

1.  Based upon the contents of the pleadings filed in this action, Plaintiff is entitled to a Judgment as a matter of law.

2.  Plaintiff, MELLON BANK, NA - H.E.A.L. LOANS does have, receive and recover from the Defendant(s), ERNESTO BUSTILLO the following:

    Principal        $111,562.84
    Costs            $196.00
    Attorneys Fees  $ 600.00

That shall bear interest at the rate of 10% per year from the date of entry of this Judgment until satisfied.

    Interest     $12,296.36
    Total        $124655.20

For all of the above sums let execution issue.

3.  This Court reserves jurisdiction to award further attorneys fees and costs expended for the purposes of satisfaction of this judgment.

DONE AND ORDERED IN CHAMBERS AT MIAMI-DADE COUNTY, FLORIDA, this _____ day of _____, 2000.

JUL 1 1 2000

CIRCUIT COURT JUDGE
JON I. GORDON, CIRCUIT JUDGE

Copies furnished to:

STACEY S. FISHER, ESQ.
Attorneys for Plaintiff
Steven B. Sprechman, P.A.
18305 Biscayne Blvd., Suite 213
N. Miami Beach, Florida 33160
(305) 931-0100

ERNESTO BUSTILLO
1075 N.W. 135th Court
Miami, FL 33182

P355JPF:34721

Plaintiff's name and address:
MELLON BANK, NA - H.E.A.L. LOANS
1 Mellon Bank Ctr., #2820
Pittsburgh, PA  15258

RECORDED
JUL 1 3 2000
Clerk of Circuit
& County Courts

19190 PG 1154

AUG 1 8 2000

☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ CRIMINAL<br>☐ FAMILY<br>☐ TRAFFIC | CLERK'S CERTIFICATE | CASE NUMBER<br>00-4187 CA 05 |
|---|---|---|

| PLAINTIFF(S)/PETITIONER(S)    VS.    DEFENDANT(S)/RESPONDANT(S) | CLOCK IN |
|---|---|
| MELLON BANK, NA - H.E.A.L. LOANS         ERNESTO BUSTILLO | |

I, HARVEY RUVIN, Clerk of the Circuit and County Court of the Judicial Circuit of Florida, in and for Dade County, DO HEREBY CERTIFY that the foregoing and attached page(s), numbered one to __THREE__, inclusive, constitutes a true and correct copy of the __FINAL JUDGMENT ON THE PLEADINGS__

in that certain cause numbered __00-4187 CA 05__ of said Court wherein __MELLON BANK, NA- H.E.A.L. LOANS__

is/are ☒ Plaintiff(s) / ☐ Petitioner(s), and __ERNESTO BUSTILLO__

is/are ☒ Defendant(s) / ☐ Respondent(s), as appears of record in the public files of my Office,

In Witness Whereof, I have set my hand and affixed the Seal of the Said Court in Dade County, Florida this 16th day of __AUGUST__, 19 2000.

HARVEY RUVIN
CLERK OF COURTS

BY: _____
DEPUTY CLERK

COURT SEAL

CLK/CT 205 Rev. 12/94

☑ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR DADE COUNTY, FLORIDA.

| DIVISION | | CASE NUMBER |
|---|---|---|
| ☒ CIVIL<br>☐ CRIMINAL<br>☐ FAMILY<br>☐ TRAFFIC<br>☐ OTHER | EXEMPLIFICATION | 00-4187 CA 05 |

| EXEMPLIFICATION OF: | CLOCK IN |
|---|---|
| FINAL JUDGMENT ON THE PLEADINGS | |

I, the undersigned, Judge of the   ☒ Circuit Court        ☐ County Court      in and for Dade County, Florida do hereby certify that said Court is a Court of record, and having a Clerk and Seal; that HARVEY RUVIN, who signed the foregoing attestation is the duly qualified Clerk of the Circuit and County Court of the County of Dade and the State of Florida, and was at the time of signing said attestation; that his said signature thereto is entitled to full faith and credit,

And I FURTHER CERTIFY that said attestation is sufficient and in due form of law.

Witness my hand and Official Signature this __16th__ day of __AUGUST__, __2000__.

_____
JUDGE

I, HARVEY RUVIN, Clerk of the Circuit and County Court in and for Dade County, and the State of Florida Do Hereby Certify that the Honorable __MURRAY GOLDMAN__ ,whose name is subscribed to the preceding Certificate is Judge of the     ☒ Circuit Court        ☐ County Court in and for Dade County, Florida, and that the signature of said Judge to the foregoing Certificate is genuine, and that said Certificate is sufficient and in due form of law.

In Witness Whereof, I have set my hand and affixed the seal of said Court this __16__ day of __AUGUST__, __2000__.

(Court Seal)

_____
Clerk of the Circuit and County Court,
Dade County, Florida

CLK/CT 138   Rev. 7/97

## ASSIGNMENT OF JUDGMENT

I, Rachael L. Killian, on behalf of Mellon Healthy Alliance Loan Program, in consideration of the sum of $124,655.20, receipt of which is acknowledged, paid to Mellon Healthy Alliance Loan Program, by the United States of America, the assignee, the Judgment recovered by assignor on July 11, 2000 docketed in The Circuit court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 00-4187-CA-5 against Ernesto Bustillo for $111,562.84 in principal, and $12,296.36 in interest plus costs of $196.00 and attorney's fees of $600.00.

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for the recovery of the money due or to become due to this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the Judgment.

I have executed the assignment at the direction of Mellon Healthy Alliance Loan Program, as their Servicer, at PHEAA, 1200 North Seventh Street Harrisburg, Pennsylvania 17102 this 20th day of July, 2000.

_____
Rachael L. Killian
Heal Claims Assistant
Professional Account Servicing

CERTIFIED: 12-17-04
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

# JS 44 (Rev. 12/96) CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ERNESTO BUSTILLO

05-60110

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  BROWARD
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
KARIN D. WHERRY, ASSISTANT UNITED STATES ATTORNEY
99 N.E. 4TH STREET, 3RD FLOOR
MIAMI, FLORIDA 33132
(305) 961-9360

ATTORNEYS (IF KNOWN)
KLEIN
05-60110 CIV JEM/Klein

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD,) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | B☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | A LABOR | B SOCIAL SECURITY | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U S Plaintiff or Defendant) | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | |
| | | PRISONER PETITIONS | | |
| | | B☐ 510 Motions to Vacate Sentence | | |
| | | HABEAS CORPUS: | | |
| | | B☐ 530 General | | |
| | | A☐ 535 Death Penalty | | |
| | | B☐ 540 Mandamus & Other | | |
| | | B☐ 550 Civil Rights | | |
| | | B☐ 555 Prison Condition | | |

PERSONAL INJURY:
☐ 362 Personal Injury - Med. Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY:
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

Registration of State Court Judgment assigned to the United States of America, pursuant to 42 U.S.C. 292f(h)(3).

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 136,108.86 Plus Interest and Cost
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE ___ DOCKET NUMBER ___

DATE 1-21-05
SIGNATURE OF ATTORNEY OF RECORD
Karin D. Wherry, Assistant United States Attorney

FOR OFFICE USE ONLY
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG JUDGE ___

This form was electronically produced by Elite Federal Forms, Inc